

# Fourth Court of Appeals
## San Antonio, Texas

August 26, 2014

No. 04-14-00548-CR

Leopoldo **CORTEZ-LEIJA**,
Appellant

v.

**THE STATE OF TEXAS,**
Appellee

From the 216th Judicial District Court, Kendall County, Texas
Trial Court No. 5437
Honorable N. Keith Williams, Judge Presiding

## O R D E R

The Appellant's Motion for Extension of Time to File Docketing Statement is hereby GRANTED. The docketing statement is due September 4, 2014.

_____
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 26th day of August, 2014.

_____
Keith E. Hottle
Clerk of Court